**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| IRA B. HARRIS, | ) |
| Plaintiff, | ) |
| | ) No. 1:05-CV-217 CAS |
| v. | ) |
| GARY KEMPKER, et al., | ) |
| Defendants. | ) |

### ORDER

This matter is before the Court on a letter from plaintiff to the Clerk of the Court dated "December 06" and received January 17, 2007, which is accompanied by forty-two pages of documents which appear to be exhibits. In the letter, plaintiff requests the Clerk to (1) file the submitted documents in the instant case, and (2) make a copy of the documents and return them to plaintiff. Plaintiff's letter does not provide any information about the submitted documents.

Plaintiff's requests will be denied. A party may not file exhibits in a case unless the documents are submitted as exhibits to a particular motion, or are accompanied by a motion seeking leave to supplement another document already on file. Otherwise, the Court and opposing counsel are unable to determine the meaning or relevance of the exhibits submitted. Plaintiff may resubmit the documents either as exhibits to a motion, or accompanied by a motion for leave to supplement another document already filed in this case.

Plaintiff's request for copies will be denied. The Court does not provide free copies for pro se litigants. The Clerk's Office will make copies of documents at the rate of fifty cents (50¢) per page, prepaid. Or, plaintiff may send two copies of a document to the Court along with a self-

addressed stamped envelope, and the Clerk will return a file-stamped copy of the document to plaintiff.

The Clerk of the Court will be ordered to return to plaintiff the documents submitted with his letter.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's letter dated December 06, construed as a motion to file exhibits, is **DENIED** without prejudice. [Doc. 38]

**IT IS FURTHER ORDERED** that plaintiff's letter dated December 06, construed as a motion for copies at Court expense, is **DENIED**. [Doc. 38]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall return to plaintiff the documents attached to the letter dated December 06.

                                                             **CHARLES A. SHAW**
                                                             **UNITED STATES DISTRICT JUDGE**

Dated this  22nd  day of January, 2007.