UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| IRA B. HARRIS, | ) |
| Plaintiff, | ) |
| | ) No. 1:05-CV-217 CAS |
| v. | ) |
| | ) |
| GARY KEMPKER, et al., | ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL

This matter is before the Court on review of the file.

On May 8, 2007, the Court issued an Order requiring that plaintiff provide the Clerk of the Court with completed summons and Marshal's forms for service on defendants Tanya Nolan, Suzie Gibbs, Amanda Payne and Kerri Davis on or before June 18, 2007. The order specifically provided, "Failure to comply fully and timely with this order will result in dismissal without prejudice of the claims against defendants Nolan, Gibbs, Payne and Davis pursuant to Fed. R. Civ. P. 4(m)."

The record not reflecting any response by plaintiff to the Court's Order of May 8, 2007,

**IT IS HEREBY ORDERED** that plaintiff's claims against defendants Tanya Nolan, Suzie Gibbs, Amanda Payne and Kerri Davis are **DISMISSED** without prejudice.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  25th  day of June, 2007.